UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-149(01) RM |
| | ) | |
| GREGORY HALLSTROM | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 7, 2011 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Gregory Hallstrom's plea of guilty, and FINDS the defendant guilty of Counts 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   March 1, 2011

                                    /s/ Robert L. Miller, Jr.
                                    Judge
                                    United States District Court